Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
Isabel Velez (SBN 359574)
ivelez@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(OAKLAND DIVISION)**

| | |
|---|---|
| CHRISTINE PADILLA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA<br><br>Defendants. | Case No.: 4:25-cv-03209-YGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE RELATION OF ACTIONS** |
| SUSAN REIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>Defendant. | Case No. 3:25-cv-03347-AGT |

| | |
|---|---|
| JOHN AIELLO, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>          Defendant. | Case No. 3:25-cv-03386-JD |
| BELINDA FOLEY, individually and on behalf of class of similarly situated individuals,<br><br>          Plaintiff,<br><br>  v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>          Defendant. | Case No. 3:25-cv-03394-SK |
| LISA REINGOLD, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>         Defendant. | Case No. 3:25-cv-3442-LJC |
| AUSTIN KAHN, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>         Defendant. | Case No. 4:25-cv-03523-DMR |

| | |
|---|---|
| DEANNA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SHIELD OF CALIFORNIA LIFE AND HEALTH INSURANCE COMPANY d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>Defendant. | Case No. 3:25-cv-03712-AGT |
| JERRY JONES, ARTURO GARCIA, and RONALD WEIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA,<br><br>Defendant. | Case No. 3:25-cv-03743-LB |

WHEREAS, the undersigned parties believe that the above-captioned actions involve substantially similar parties, transactions, or events, such that it appears likely that there will be unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges;

WHEREAS, specifically, all but one of the actions[1] name the same Defendant, California Physicians' Service d/b/a Blue Shield of California ("BSCA"), and include substantially similar factual allegations regarding BSCA's use of analytics tools (including but not limited to various Google analytics tools) that Plaintiffs claim allow third parties to intercept the contents of patients' communications, view the contents of patients' personally identifiable information ("PII") and protected health information ("PHI"), and monetize it;

WHEREAS, the parties believe that the above actions are related cases under Civil Local Rule 3-12(a);

WHEREAS, Defendant does not concede that any later-filed case is related or should be subject to consolidation;

WHEREAS, Defendant does not concede that Plaintiffs or any putative class(es) they purportedly seek to represent have stated valid individual or class claims against Defendant, Defendant does not admit the truth of any material allegations against Defendant; and does not waive any rights or defenses at law or in equity; and

WHEREAS, the parties believe that treatment of the above-related captions as related to *Christine Padilla v. California Physicians' Service*, Case No. 4:25-cv-03209-YGR (N.D. Cal) would serve the interests of judicial economy and avoid the potential for conflicting rulings.

NOW THEREFORE, the parties, through their respective counsel and subject to the Court's approval, STIPULATE and AGREE that the above-captioned actions pending in this District should be related and re-assigned to Judge Yvonne Gonzalez Rogers.

---

[1] Plaintiff Smith names as defendant Blue Shield of California Life and Health Insurance Company rather than California Physicians' Service, but identifies the same d/b/a as all other actions—*i.e.*, Blue Shield of California.

NOW THEREFORE, Defendant will not oppose Plaintiffs' supplemental motion to relate filing.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 2, 2025 | Respectfully submitted, |
| By: */s/ Adam Polk* | By: */s/ Teresa C. Chow* |
| Dena C. Sharp (SBN 245869)<br>Adam E. Polk (SBN 273000)<br>Simon S. Grille (SBN 294914)<br>Isabel Velez (SBN 359574)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>Email: dsharp@girardsharp.com<br>Email: apolk@girardsharp.com<br>Email: sgrille@girardsharp.com<br>Email: ivelez@girardsharp.com<br><br>*Attorneys for Plaintiff Ashley Johnson* | Teresa C. Chow<br>Sean P. Killeen<br>Ciara N. Westbrooks<br>Allie N. Rahimi<br>**BAKER HOSTETLER LLP**<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067<br>Telephone: (310) 979-8458<br>Email: tchow@bakerlaw.com<br>Email: skilleen@bakerlaw.com<br>Email: cwestbrooks@bakerlaw.com<br>Email: arahimi@bakerlaw.com<br><br>*Attorney for Defendant California Physicians' Service d/b/a Blue Shield Of California* |

## **ATTESTATION OF FILER**

I, Adam E. Polk, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: May 2, 2025        */s/ Adam E. Polk*
                          Adam E. Polk

# [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: _____

          Judge Yvonne Gonzalez Rogers
          United States District Judge