Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Simon S. Grille (SBN 294914)
sgrille@girardsharp.com
Isabel Velez (SBN 359574)
ivelez@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# (OAKLAND DIVISION)

| | |
|---|---|
| CHRISTINE PADILLA, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE d/b/a BLUE SHIELD OF CALIFORNIA<br><br>Defendant. | Case No.: 4:25-CV-03209-YGR<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>**Civ. L.R. 3-13**<br><br>**Hon. Yvonne Gonzalez Rogers** |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 3-13, Plaintiffs in this action have been made aware by Defendant Blue Shield that this action involves overlapping Defendants and a material part of the same subject matter as several other cases pending in the Superior Court of California, Alameda County, including one action that was filed over a year ago. *See* Appendix (identifying the cases) and Exhibits A-Q (state court complaints).

Specifically, Plaintiffs Natalie Gianne and Taje Gill (the "*Gianne* plaintiffs") filed a proposed class action on April 12, 2024 in Alameda County Superior Court against the Defendant in this action: California Physicians' Service d/b/a Blue Shield of California ("Blue Shield"). *See Gianne v. California Physicians' Service*, 24CV071744 (Superior Court of California, Alameda County). The *Gianne* plaintiffs and Blue Shield have litigated that case over the past year, having moved past the demurrer stage and having conducted multiple hearings.

Starting on April 9, 2025, the first of more than fifteen (15) cases was filed in this Court. Those cases include substantially similar factual allegations regarding Blue Shield's use of tracking technologies that facilitate interception of patient communications, personally identifiable information, and personal health information. Those cases are the subject of pending administrative motions to relate. *See* ECF Nos. 12, 15-16. Like the cases before this Court, the *Gianne* plaintiffs allege that Blue Shield installed an online tracking service on its website, which provided third party access to Plaintiffs' and class members' private health information without their knowledge or consent. *See Gianne*, Compl. ¶2 (April 12, 2024) (Ex. A). The *Gianne* Plaintiffs propose to represent the following class:

> "All individuals within the applicable statute of limitations whose confidential, personally identifiable, or protected health information or communications with Blue Shield's website were intercepted by and improperly disclosed to Google." *Id.* at ¶73.

On April 9, 2025, almost exactly one year after *Gianne* was filed, Blue Shield issued a public notice stating: "[o]n February 11, 2025, Blue Shield discovered that … between April 2021 and

- 1 -
NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
Case No.: 4:25-cv-03209-YGR

January 2024, Google Analytics was configured in a way that allowed certain member data to be shared with Google's advertising product, Google Ads, that likely included protected health information." Ex. R. Blue Shield's notice effectively confirmed the *Gianne* plaintiffs' allegations, and in the month since Blue Shield published the notice, sixteen additional lawsuits have been filed in Alameda County Superior Court alleging the same facts and parallel legal claims as the *Gianne* plaintiffs and this case. *See* Appendix. The plaintiffs in the sixteen additional actions pending in Alameda Superior Court have stipulated to consolidation with the *Gianne* case as the lead action. *See* Ex. S. Additionally, there are two other related cases that are filed in other state courts in California: *Andrew Brown v. California Physicians' Service*, No. 25CU020471C (Superior Court of California, San Diego County, filed April 14, 2025); and *Linares v. California Physicians' Service et al.,* No. 25STCV11249 (Superior Court of California, Los Angeles, filed April 16, 2025).

Like *Gianne* and this case, each lawsuit in state court seeks to represent a class consisting of individuals who had their personally identifiable information and protected health information disclosed to Google or other third parties as a result of using Defendants' web properties. And like *Gianne*, each case alleges that Blue Shield unlawfully caused plaintiffs' sensitive health data to be disclosed. The lawsuits all allege that Blue Shield unlawfully used Google's tracking technologies to disclose Plaintiffs' and class members' personally identifiable information and protected health information to Google, who intercepted, viewed, and monetized such information. Plaintiffs in the state court cases allege a variety of overlapping causes of action, including violations of California Invasion of Privacy Act, California's Confidentiality of Medical Information Act, the California Constitution, and common law invasion of privacy, as well as injunctive relief on behalf of overlapping classes.

The legal questions raised by the *Gianne* case, the other state court cases, and the related federal cases are all subject to the same facts and proof. Given that the related federal actions (including this case) and the above-referenced state court actions arise out of the same or similar alleged conduct and assert overlapping claims, Plaintiffs submit that this case and the related cases before this Court, and the related state court cases "should be coordinated to avoid conflicts, conserve

resources, and promote an efficient determination of the common questions presented." Civ. L.R. 3-13(b)(3)(B); *see Cobarruviaz v. Maplebear, Inc.*, No. 15-CV-00697-EMC, 2016 WL 5725076, at *2 (N.D. Cal. Sept. 30, 2016).

Dated: May 9, 2025

Respectfully submitted,

/s/ *Adam E. Polk*
Dena C. Sharp (SBN 245869)
Adam E. Polk (SBN 273000)
Simon S. Grille (SBN 294914)
Isabel Velez (SBN 359574)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dsharp@girardsharp.com
Email: apolk@girardsharp.com
Email: sgrille@girardsharp.com
Email: ivelez@girardsharp.com

*Attorneys for Plaintiffs*

## ATTESTATION OF FILER

I, Adam E. Polk, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

Dated: May 9, 2025

/s/ *Adam E. Polk*
Adam E. Polk

# APPENDIX

As of the date of this filing, the following actions pending in California Superior Court of Alameda County have been consolidated for all purposes:

- *Gianne v. California Physicians' Service*, No. 24CV071744 (Superior Court of California, Alameda County, filed April 12, 2024), Hon. Michael Markman;

- *Cook v. Blue Shield of California Life & Health Insurance Company et al.*, No. 25CV118199 (Superior Court of California, Alameda County, filed April 9, 2025), Hon. Somnath Raj Chatterjee;

- *Trotter v. California Physicians' Service et al.*, No. 25CV118461 (Superior Court of California, Alameda County, filed April 10, 2025), Hon. Somnath Raj Chatterjee;

- *Lum v. California Physicians' Service*, No. 25CV118469 (Superior Court of California, Alameda County, filed April 11, 2025), Hon. Somnath Raj Chatterjee;

- *Hamza, et al. v. California Physicians' Service*, Case No. 25CV118476 (Superior Court of California, Alameda County filed April 11, 2025); Hon. Somnath Raj Chatterjee;

- *Magliozzi v. California Physicians' Service*, No. 25CV118783 (Superior Court of California, Alameda County, filed April 11, 2025), Hon. Somnath Raj Chatterjee;

- *Sohrabnejad v. California Physicians' Service,* No. 25CV118694 (Superior Court of California, Alameda County, filed April 11, 2025), Hon. Somnath Raj Chatterjee;

- *Pocci v. California Physicians' Service,* No. 25CV118750 (Superior Court of California, Alameda County, filed April 14, 2025), Hon. Somnath Raj Chatterjee;

- *Dias v. California Physicians' Service,* No. 25CV118805 (Superior Court of California, Alameda County, filed April 14, 2025), Hon. Somnath Raj Chatterjee;

- *Lo v. California Physicians' Service,* No. 25CV118816 (Superior Court of California, Alameda County, filed April 14, 2025), Hon. Somnath Raj Chatterjee;

- *Bianchini v. California Physicians' Service*, No. 25CV118839 (Superior Court of California, Alameda County, filed April 14, 2025), Hon. Somnath Raj Chatterjee;

- *Friedman, et al. v. California Physicians' Service* ("*Friedman*") Case No. 25CV118999 (Superior Court of California, Alameda County, filed April 15, 2025), Hon. Somnath Raj Chatterjee;
- *Kohl v. California Physicians' Service*, No. 25CV119100 (Superior Court of California, Alameda County, filed April 16, 2025), Hon. Somnath Raj Chatterjee;
- *Xavier v. California Physicians' Service*, No. 25CV119142 (Superior Court of California, Alameda County, filed April 16, 2025), Hon. Somnath Raj Chatterjee;
- *Markovitz v. California Physicians' Service et al.,* No. 25CV121222 (Superior Court of California, Alameda County, filed April 30, 2025), Hon. Somnath Raj Chatterjee;
- *Stivers v. California Physicians' Service*, No. 25CV121261 (Superior Court of California, Alameda County, filed April 30, 2025), Hon. Somnath Raj Chatterjee; and
- *Reotutar, et al. v. California Physicians' Service*, No. 25CV121379 (Superior Court of California, Alameda County, filed May 1, 2025), Hon. Somnath Raj Chatterjee.