# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 30, 2025 | **Time:** 27 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 25-cv-03209-YGR | **Case Name:** Padilla v. California Physicians Service | |

**Attorney for Defendant:** Teresa Chow; via Zoom
**Attorney for Interested Parties:** Adam Polk; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco     **Court Reporter:** Not Reported

## PROCEEDINGS

Status Conference – held.

The parties are in ongoing coordination on case consolidation and attorney leadership roles.

The Court Orders the following cases as related to this action:

3:25-cv-03213-PHK
4:25-cv-03222-DMR
3:25-cv-03225-SK
3:25-cv-03228-LJC
3:25-cv-03234-AGT
3:25-cv-03300-TSH
3:25-cv-03301-JCS
3:25-cv-03304-JD

The Court Orders the parties to meet and confer and file a stipulation re consolidation of cases and proposed schedules. A hearing on consolidation and appointment of lead counsel is scheduled for July 29, 2025, at 2:00 p.m.

All responsive deadlines are suspended, per agreement, pending case consolidation.