# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Blue Shield of California Privacy Litigation* | Case No. 4:25-cv-03209-YGR |
| This Document Relates To:<br>All Actions | **ORDER APPOINTING LEAD COUNSEL**<br><br>Re: Dkt. Nos. 40, 41, 42, 43, and 44 |

On June 3, 2025, this Court related nineteen data privacy actions against defendant Blue Shield of California. (Dkt. No. 32.) The Court ordered counsel seeking to serve as lead counsel to apply by motion on June 24, 2025. (*Id.*) Now pending before the Court are five motions to appoint lead counsel in this privacy action, two of which request the appointment of a slate of attorneys and law firms, and three statements in response. (Dkt. Nos. 40, 41, 42, 43, 44, 47, 56, and 57.) The Court held a comprehensive hearing on counsel's appointment applications on July 29, 2025.

After considering the parties' briefing, argument made at the hearing, and the factors set forth in Federal Rule of Civil Procedure 23(g), the Court issues the following **ORDERS**:

## I. LEADERSHIP FOR PLAINTIFFS

The Court reviewed several proposed plaintiff leadership structures. A leadership structure consisting of two Co-Leads, with a Plaintiff Steering Committee ("PSC") of no more than three members, best fits the needs of this action.

The Court has carefully considered all applications, and the responses and presentation to the Court during the hearing, including the Court's assessment of actual availability to diligently and efficiently advance this case given other commitments, the sources of litigation funding, as well as the confidential forms submitted by counsel during the hearing.[1] With these considerations in mind, the Court finds that it is in the best interest of the plaintiffs to appoint the following:

---

[1] Counsel for the defendant was asked on the record whether they had experience with, or concerns about, each attorney moving for appointment as Co-Lead counsel. Counsel for defendant did not indicate any such concerns.

United States District Court
Northern District of California

1       **Co-Lead Counsel:** The Court appoints Adam Polk of Girard Sharp LLP and Amber
2  Schubert of Schubert Jonckheer & Kolbe LLP.

3       **Plaintiffs' Steering Committee:** A more robust leadership structure may be necessary. If
4  so, Co-Lead counsel may jointly select up to three attorneys to serve on a PSC which shall report
5  to Co-Lead counsel. Co-Leads shall apprise the Court of their selections and the core
6  responsibilities for each attorney.

7       Appointments of the Co-Leads and the members of the PSC are personal to the named
8  attorney. Appointees cannot be substituted by other attorneys, including members of the appointee's
9  law firm, to perform the PSC's exclusive functions, such as committee meetings and court
10 appearances, except with prior approval of the Court. The Court is regularly concerned with the
11 breadth of the leadership structure generally requested by attorneys in this type of case. Thus, to
12 provide oversight for efficiency and quality, as well for compliance with this Court's orders, all
13 appointments shall be in effect for **one year ending on the last day of January.**

14      All appointed counsel must submit a request for reappointment by no later than the **last**
15 **Friday in December.** The requests shall contain references to the nature and scope of their work
16 as Co-Lead Counsel or on the PSC, including the time and resources expended both personally
17 during the prior term and in a supervisory capacity. To the extent others from the appointee's firm
18 have also expended time and resources, that shall be explained as well. Generally, requests for
19 reappointment should be in letter format (not to exceed four pages) attaching a chart with the
20 specifics on time and resources expended. The requests and accompanying statements should be
21 made *in camera* and submitted to ygrchambers@cand.uscourts.gov with the subject line entitled
22 "Blue Shield Privacy Litigation Request for Reappointment."

23     **II.**     PREPARATION FOR NEXT CONFERENCE

24      By no later than **Wednesday, August 13, 2025**, Co-Lead counsel shall:

25      A.  Provide the Court with the members of the PSC;

26      B.  Provide the Court with a proposed order regarding their view of their
27         responsibilities, including mechanisms to ensure efficiency and control of costs;

28      C.  Identify the date by which the consolidated complaint will be filed; and

D.  Provide a joint statement with the defense regarding next steps.

This Order terminates Dkt. Nos. 40, 41, 42, 43, and 44.

**IT IS SO ORDERED.**

Dated: August 6, 2025

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California