UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| *In re Blue Shield of California Privacy Litigation*<br><br>This Document Relates To:<br>All Actions | Case No. 4:25-cv-03209-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|---|---|

The Court has reviewed the docket in this action and is awaiting plaintiffs' consolidated complaint and anticipated motions to dismiss. Accordingly, until the Court has resolved the motion, the Court finds that a case management conference in this matter is premature and will reset it at a later date if appropriate. This order is not intended to be an indication as to the merits of the motion to dismiss.

The Court further **SETS** the following schedule:

| Event | Deadline |
|---|---|
| Deadline to file Consolidated Complaint | September 22, 2025 |
| Blue Shield's Response to Consolidated Complaint | November 10, 2025 |
| Plaintiffs' Opposition to any motion filed in response to Consolidated Complaint | December 17, 2025 |
| Blue Shield's Reply in support of any motion | January 16, 2026 |

Argument on Blue Shield's response to the Consolidated Complaint will be held on **February 17, 2026**.

**IT IS SO ORDERED**.

Dated: August 22, 2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE