UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Blue Shield of California Privacy Litigation* | Case No. 4:25-cv-03209-YGR |
| | **ORDER VACATING HEARING** |
| This Document Relates To: All Actions | Re.: Dkt. No. 110 |

The hearing set for February 17, 2026 is **VACATED**. The Court will reset the hearing at a later date if appropriate. Alternatively, if appropriate, the Court will issue a written decision on the papers as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**