Adam E. Polk (SBN 273000)
Trevor Tan (SBN 281045)
Fatima Ladha (SBN 353675)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
Email: apolk@girardsharp.com
Email: ttan@girardsharp.com
Email: fladha@girardsharp.com

Amber L. Schubert (SBN 278696)
Daniel L.M. Pulgram (SBN 354569)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
Email: rschubert@sjk.law
Email: aschubert@sjk.law
Email: dpulgram@sjk.law

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

*In re Blue Shield of California Data Privacy Litigation*

This Document Relates To:

All Actions

Case No. 4:25-cv-03209-YGR

**PLAINTIFFS' STATEMENT OF RECENT DECISION**

Complaint Filed: September 29, 2025

Pursuant to Civil Local Rule 7-3(d), Plaintiffs respectfully file this Statement of Recent Decision to bring to the Court's attention the decision entered in *In re Blue Shield of California Privacy Litigation*, case no. 24CV071744, the parallel state action pending before the Honorable Patrick McKinney in Superior Court of California, Alameda County. In the decision, Judge McKinney overruled Defendant Blue Shield of California's ("Blue Shield") demurrer to the plaintiffs' Consolidated Class Action Complaint. See *In re Blue Shield of Calif. Privacy Litig.*, No. 24CV071744 (Sup. Ct. of Cal.), "03/20/2026 Hearing on Demurrer Defendant's Notice of Demurrer and Demurrer to Plaintiffs' Consolidated Class Action Complaint CRS# 546114675969 in Department 18 (entered on March 19, 2026).

The decision was adopted by the Court on March 20, 2026. The decision bears relevance to the similar issues presented to the Court in Blue Shield's pending motion to dismiss Plaintiffs' Consolidated Class Action Complaint in this action. Dkt. No. 110.

The decision is attached as Exhibit A.

Dated: March 23, 2026

Respectfully submitted,

By: */s/ Adam E. Polk*
Adam E. Polk (SBN 273000)
Trevor Tan (SBN 281045)
Fatima Ladha (SBN 353675)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: apolk@girardsharp.com
Email: ttan@girardsharp.com
Email: fladha@girardsharp.com

By: */s/ Amber L. Schubert*
Robert C. Schubert (SBN 62684)
Amber L. Schubert (SBN 278696)
Daniel L.M. Pulgram (SBN 354569)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220

Facsimile: (415) 788-0161
Email: rschubert@sjk.law
Email: aschubert@sjk.law
Email: dpulgram@sjk.law

*Interim Co-Lead Class Counsel*

**ATTESTATION OF FILER**

I, Adam E. Polk, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

Dated: March 23, 2026

*/s/ Adam E. Polk*
Adam E. Polk