Robert C. Schubert (SBN 62684)
Amber L. Schubert (SBN 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
Fax: (415) 788-0161
Email: rschubert@sjk.law
Email: aschubert@sjk.law

Adam E. Polk (SBN 273000)
Trevor Tan (SBN 281045)
Fatima Ladha (SBN 353675)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
Email: apolk@girardsharp.com
Email: ttan@girardsharp.com
Email: fladha@girardsharp.com

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| *In re Blue Shield of California Data Privacy Litigation* | Case No. 4:25-cv-03209-YGR |
| This Document Relates To:<br><br>All Actions | **PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Complaint Filed: September 29, 2025 |

Pursuant to Civil Local Rule 7-3(d), Plaintiffs respectfully file this Statement of Recent Decision to bring to the Court's attention the decision entered on April 21, 2026, in *Steve DellaSala et al. v. Samba TV, Inc.*, Case No. 3:25-cv-03470, before the Honorable Jacqueline Scott Corley in the Northern District of California. In the decision, Judge Corley granted in part and denied in part the motion to dismiss. *DellaSala,* "Order re: Motion to Dismiss Second Amended Complaint; Motion to Strike." Dkt. No. 68.

The decision bears relevance to the similar issues presented to the Court in Blue Shield's pending motion to dismiss Plaintiffs' Consolidated Class Action Complaint. Dkt. No. 110. Specifically, Judge Corley held that plaintiffs had sufficiently alleged Article III standing and denied the motion to dismiss the Federal Wiretap Act claim. The court also addressed the application of the crime-tort exception to the Wiretap Act's one-party consent rule in the context of allegations that a defendant collected and disclosed users' personal data to third parties for advertising purposes. *DellaSala,* Dkt. No. 68 at 15-16.

The decision is attached as Exhibit A.

Dated: April 24, 2026

Respectfully submitted,

By: /s/ Amber L. Schubert
Robert C. Schubert (SBN 62684)
Amber L. Schubert (SBN 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
Email: aschubert@sjk.law

By: /s/ Adam E. Polk
Adam E. Polk (SBN 273000)
Trevor Tan (SBN 281045)
Fatima Ladha (SBN 353675)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Email: apolk@girardsharp.com
Email: ttan@girardsharp.com
Email: fladha@girardsharp.com

*Interim Co-Lead Class Counsel*

**ATTESTATION OF FILER**

I, Amber L. Schubert, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

Dated: April 24, 2026

*/s/ Amber L. Schubert*
Amber L. Schubert